# Third District Court of Appeal

## State of Florida

Opinion filed January 6, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D19-806; 3D19-1320
Lower Tribunal No. 10-2481
_____

## Sara I. Garcia,
Appellant,

vs.

## Deutsche Bank Trust Company Americas, as Trustee,
Appellee.


Appeals from the Circuit Court for Miami-Dade County, Daryl E. Trawick, Judge.

Sara I. Garcia, in proper person.

Bradley Arant Boult Cummings LLP, Lauren G. Raines and Tara M. Petzoldt (Tampa), for appellee.


Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.